UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIE OBERTEIN, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ASSURED & ASSOCIATES PERSONAL CARE OF GEORGIA, INC., et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-490-AT |

## J U D G M E N T

  This action having come before the Court, the Honorable Amy Totenberg, United States District Judge, for a review of the proceedings, and the Court having rendered its decision and found the plaintiffs to be the prevailing parties on their FLSA and assault and battery claims, defendants Assured and Brown are jointly and severally liable to the plaintiffs for their FLSA claims. It is hereby

  **ORDERED AND ADJUDGED** that judgment is awarded in favor of the plaintiffs on their FLSA claims as follows: To Plaintiff Obertein in the amount of $6,823.75 in due but unpaid overtime compensation and an additional $6,823.75 in liquidated damages; To Plaintiff Sheridan in the amount of $12,804.33 for unpaid overtime compensation and an additional $12,804.33 in liquidated damages; To Plaintiff Anderson in the amount of $2,250.00 for due but unpaid overtime compensation and an additional $2,250.00 in liquidated damages; and To Plaintiff Barksdale in the amount of $7,000.00 for due but unpaid overtime compensation and an additional $7,000.00 in liquidated damages.

  Judgment is further entered against Defendant Brown for Plaintiffs' assault and battery claims as follows: To Plaintiff Obertein in the amount of $500; To Plaintiff Sheridan in the amount of $1,000; To Plaintiff Anderson in the amount of $2,500; To Plaintiff Barksdale in the amount of $500.

  Dated at Atlanta, Georgia this 31st day of March, 2017.

JAMES N. HATTEN
CLERK OF COURT

By:    s/ James Jarvis
        Deputy Clerk

Prepared and entered
in the Clerk's Office
March 31, 2017
James N. Hatten
Clerk of Court
By:    s/ James Jarvis
      Deputy Clerk